IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SAMUEL RICHARDSON | § § | |
| vs. | § § | CASE NO. 6:14CV151 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (Docket No. 10), filed on August 12, 2014, recommends that the Motion to Dismiss, converted to a motion for summary judgment (Docket No. 6), be granted and that this social security action be dismissed without prejudice to re-filing if Plaintiff receives a favorable decision from the Appeals Council on his request for an extension of time. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss, converted to a summary judgment (Docket No. 6), is **GRANTED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE** to re-filing if Plaintiff receives a favorable decision from the Appeals Council on his request for an extension of time.

Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 24th day of September, 2014.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE